FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLY EDWARD TOYCEN, | No. 1:23-cv-3077-MKD |
| Plaintiff, | ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) |
| v. | |
| YAKIMA COUNTY DISTRICT COURT and U.S. DISTRICT COURT, | |
| Defendants. | |

By Order filed June 8, 2023, the Court directed Plaintiff to show cause why his application to proceed *in forma pauperis* should be granted. ECF No. 5. That Order, addressed to Plaintiff at the Yakima County Jail in Yakima, Washington, was returned as undeliverable on June 16, 2023. ECF No. 6. Local Civil Rule 41(b)(2) requires a *pro se* litigant to keep the Court and opposing parties advised as to his current mailing address. If mail directed to a *pro se* plaintiff is returned by the Postal Service, he has sixty (60) days to notify the Court and opposing parties of his current address or the Court may dismiss the action. LCivR 41(b)(2).

ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) - 1

The Court has an interest in managing its docket and in the prompt resolution of civil matters. *See Destfino v. Reiswig,* 630 F.3d 952, 959 (9th Cir. 2011) (affirming district court's inherent power to control its docket); *see also Pagtalunan v. Galaza,* 291 F.3d 639, 642-44 (9th Cir. 2002) (discussing factors to consider in dismissing a claim for failure to prosecute or failure to comply with court order, including the public's interest in expeditious resolution, the court's need to manage docket, and the risk of prejudice to defendants). Plaintiff has failed to keep the Court apprised of his current address.

Accordingly, **IT IS ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to LCivR 41(b)(2).

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order could not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment,** provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** August 18, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL PURSUANT TO LCivR 41(b)(2) - 2