AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BILLY EDWARD TOYCEN

*Plaintiff*

v.

YAKIMA COUNTY DISTRICT COURT and U.S. DISTRICT COURT

*Defendant*

Civil Action No. 1:23-cv-3077-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 7, this action is DISMISSED WITHOUT PREJUDICE pursuant to LCivR 41(b)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 8/18/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony